EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re, Enmienda a la Regla 6.2 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría | 2007 TSPR 183 172 DPR \_\_\_\_ |
|---|---|

Número del Caso: EJ-2007-8

Fecha: 19 de octubre de 2007

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
JUNTA EXAMINADORA DE ASPIRANTES AL EJERCICIO
DE LA ABOGACÍA Y LA NOTARÍA

In re,

Enmienda a la Regla 6.2 del
Reglamento para la Admisión de          Num. EJ-2007-8
Aspirantes al Ejercicio de la
Abogacía y la Notaría

**RESOLUCIÓN**

San Juan, Puerto Rico a 19 de octubre de 2007.

Al amparo del poder inherente de este Tribunal para regular la admisión y el ejercicio de la práctica de la abogacía y la notaría, y conforme a lo dispuesto en la Regla 15.4 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría, del mes de junio de 1998, se enmienda la Regla 6.2.1 del citado reglamento, para que exprese lo siguiente:

**Regla 6.2.1**– Salvo una dispensa autorizada por justa causa por la Junta, la solicitud deberá estar acompañada de:

(a) el formulario de solicitud suministrado por la Junta, debidamente completado y firmado por el aspirante, y jurado y suscrito ante un notario o funcionario público autorizado, incluyendo funcionarios de los tribunales facultados para tal efecto;

(b) dos (2) fotografías recientes de busto, tamaño 2"x 2";

(c) aquellos sobres que la Junta requiera, predirigidos con el nombre y dirección postal del aspirante, y franqueo prepagado con sellos de correo adheridos (no se aceptan sellos de metro);

(d) un certificado de antecedentes penales expedido por la Policía de Puerto Rico dentro de los noventa (90) días anteriores a la fecha en que se presente la solicitud de admisión al examen.

Si durante los últimos diez (10) años ha vivido, residido o estudiado fuera de Puerto Rico por un periodo de seis meses consecutivos o más, deberá solicitar, además, un certificado de antecedentes penales, o su equivalente, a la Policía del lugar o lugares donde vivió, residió o estudió. El período de seis meses no se entenderá interrumpido como consecuencia de visitas periódicas a Puerto Rico, o a cualquier otro lugar, por razón de vacaciones, asuntos personales o familiares, o por circunstancias en las que no media la intención del aspirante de permanecer en Puerto Rico o en cualquier otra jurisdicción visitada. No se aceptarán solicitudes que no acompañen el o los referido(s) certificado(s) o prueba de haber iniciado las gestiones para cumplir con este requisito.

Si ha presentado un certificado de antecedentes penales del extranjero conforme al párrafo anterior, no tendrá que presentar nuevamente dicho certificado como parte de su solicitud de readmisión, a menos que posteriormente vuelva a vivir, residir o estudiar fuera de Puerto Rico por un periodo de seis meses consecutivos o más.

Sin perjuicio de lo antes dicho, se podrá aceptar en sustitución de este certificado, una declaración jurada en la que asevere que no ha cometido delito o falta en una jurisdicción foránea y reconociendo que de ser falsa tal aseveración hay consecuencias disciplinarias, en casos donde:

a) presenten prueba inequívoca de que en la jurisdicción foránea no puede tramitarse la petición del documento porque no existe un trámite igual o similar o por razones de índole política que entorpecen su obtención, o

b) demuestren que han sido diligente en solicitar el documento, pero las autoridades foráneas no quieren o no pueden indicar una fecha cierta de entrega o envió del documento.

El aspirante que tenga que cumplir con este requisito por razón de pertenecer a las fuerzas armadas, podrá presentar una copia del certificado de Honorable Discharge o certificación del cuerpo militar al respecto.

(e) en caso de que el aspirante haya sido admitido al ejercicio de la abogacía en otras jurisdicciones, deberá presentar con su solicitud certificaciones oficiales de su acreditación como abogado en tales jurisdicciones y una certificación de buena conducta profesional y de cualesquiera procedimientos disciplinarios instituidos en su contra, vigente a la fecha de presentación de la solicitud, así como el formulario correspondiente provisto por la Junta a tales efectos, debidamente completado y firmado por el aspirante, y jurado y suscrito ante un notario;

(f) una descripción detallada de cualquier tipo de impedimento o condición que necesite acomodo razonable de conformidad con las disposiciones de las leyes aplicables y las normas que apruebe la Junta al respecto;

(g) una transcripción de todos los créditos universitarios aprobados por el aspirante para obtener el grado académico de Derecho, certificada por la autoridad competente de la universidad que le otorgó dicho grado y dirigida directamente por ésta a la Junta;

(h) una copia del diploma acreditativo del grado académico obtenido por sus estudios de Derecho y una certificación oficial en original de la universidad donde obtuvo el grado;

(i) una autorización y un relevo en el formulario correspondiente provisto por la Junta;

(j) sellos de rentas internas por doscientos cincuenta dólares ($250) que serán adheridos a la solicitud y cancelados a su presentación;

(k) cualquier otro documento que le requiera la Junta.

Se añade a dicho reglamente la Regla 6.2.2, la cual leerá:

**Regla 6.2.2**- Todo aspirante que apruebe el examen de reválida general deberá entregar en la Junta Examinadora, dentro de los diez (10) días siguientes a la fecha de la notificación de la calificación de aprobado:

(a) el formulario de declaración informativa del aspirante, suministrado por la Junta, debidamente completado y firmado por el aspirante, y jurado y suscrito ante un notario o funcionario público autorizado, incluyendo funcionarios de los tribunales facultados a tal efecto, y

(b) sellos de rentas internas por valor de quince dólares ($15). Estos sellos serán fijados al diploma que se otorgará a cada aspirante que sea juramentado como abogado por el tribunal. Dichos sellos podrán ser reclamados por el aspirante si la Comisión de Reputación no certifica su buena reputación y, como consecuencia de ello, se ve imposibilitado de jurar como abogado ante el Tribunal Supremo.

Esta enmienda entrará en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Fiol Matta no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo